# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>vs.<br><br>REAL ESTATE VALUATION SERVICES, LLC, et al.,<br><br>                      Defendants. | Case No. 2:13-cv-02102-GMN-PAL<br><br>**ORDER** |

Before the court is Plaintiff's Notice of Pending Settlement (Dkt. #21). Plaintiff indicates that the parties have reach a settlement in this matter and requests that the court stay all deadlines in this matter for thirty to sixty days to give the parties time to finalize the settlement agreement. Accordingly,

**IT IS ORDERED** that the parties shall have until **May 12, 2014** to file a stipulation to dismiss, or if they have been unable to finalize their settlement a joint status report indicating when the stipulation to dismiss will be filed.

Dated this 20th day of March, 2014.

_____
Peggy A. Leen
United States Magistrate Judge