UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>                                    Plaintiff,<br>v.<br><br>REAL ESTATE VALUATION SERVICES, LLC, et al.,<br><br>                                    Defendants. | Case No. 2:13-cv-02102-GMN-PAL<br><br>**ORDER** |

Before the court is the parties' Status Report (Dkt. #23) filed May 9, 2014. Within the status report, the parties advise that they participated in mediation on February 6, 2014. They anticipate that the written settlement agreement will be executed and the payment provisions will be fulfilled within the next thirty days, at which point Plaintiff will file a stipulation to dismiss this action. The parties request an additional thirty days in which to file a stipulation of dismissal.

**IT IS ORDERED** that:

1. This case shall be stayed an additional thirty days, or until **June 20, 2014.** If a stipulation to dismiss is not filed by June 20, 2014, the parties shall alternatively file a Joint Status Report advising the court of the progress of settlement.

2. The parties shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

DATED this 20th day of May, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1